# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2429

_____

Shelby J. Norris,

    Appellant,

v.

Michael J. Astrue, Commissioner of
Social Security Administration,

    Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Arkansas.
\*
\*   [UNPUBLISHED]
\*
\*

_____

Submitted:  March 29, 2010
Filed:  May 5, 2010

_____

Before RILEY, Chief Judge[1], BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Shelby J. Norris appeals the district court's[2] order affirming the denial of disability insurance benefits and supplemental security income. Having carefully reviewed the record, see Medhaug v. Astrue, 578 F.3d 805, 813 (8th Cir. 2009)

___

[1]The Honorable William Jay Riley became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2010.

[2]The Honorable Beth M. Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

(standard of review), we agree with the district court that the administrative law judge's (ALJ's) findings concerning Norris's mental residual functional capacity (RFC) were supported by substantial evidence, see <u>Moore v. Astrue</u>, 572 F.3d 520, 523 (8th Cir. 2009) (in determining RFC, ALJ must consider all relevant evidence, including medical records, observations of treating physicians and others, and claimant's own description of her limitations); <u>see also</u> <u>Wagner v. Astrue</u>, 499 F.3d 843, 848 (8th Cir. 2007) (it is ALJ's function to resolve conflicts among opinions of various examining and treating physicians).  Norris's other arguments for reversal merit no discussion.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____